IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: LINDA FAYE CANNON**                                    **CHAPTER 7**

                                                                **BANKRUPTCY NO.: 19-11248**

**LINDA CANNON**
    **MOVANT**

**VS.**

**CITIBANK, N.A.**
                       **RESPONDENT**

## AMENDED MOTION TO AVOID JUDGMENT LIEN

COME NOW the Debtor, Linda Cannon, and files this Motion to Avoid Judgment Lien in the above-styled and numbered cause, and would respectfully represent the following:

1.

This is a core proceeding and this court has jurisdiction over this contested matter pursuant to 28 U.S.C. Section 157 and 1334 and 11 U.S.C. Section 522 in that this action is filed by the Movant to avoid a judgment lien obtained by the Respondent prior to filing of this bankruptcy.

2.

That prior to the filing of the Petition herein the Respondent obtained a judgment against Movant in the Circuit Court of Marshall County, Mississippi, Case Number CV2008-000553 in the amount of $13,835.92. The judgment impairs debtors' property exemptions under Miss. Code Ann. §85-3-1(a), et seq.

3.

The debt on which the Respondent obtained their judgment arose pre-petition, and the Movant listed Respondent in his petition on the appropriate schedules.

4.

Respondent received, or should have received, notice of Movant's bankruptcy through this Court.

5.

Pursuant to 11 U.S.C. § 522(f), Movant is entitled to have Respondent's judgment lien avoided.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court enter judgment avoiding the judgment lien obtained by Respondent.

Movant prays for such other further relief as may be just.

Respectfully submitted, this the 22nd day of April 2019.


/s/ Matthew Y. Harris
MATTHEW Y. HARRIS
MS STATE BAR NO. 99595
Post Office Box 120
New Albany, Mississippi 38652
(662) 539-7381
mharris@myharrislaw.com

ATTORNEY FOR DEBTOR/MOVANT

## **CERTIFICATE OF SERVICE**

I, Matthew Y. Harris, Attorney for Debtor, Linda Cannon, do hereby certify that a true and correct copy of the above and foregoing **Motion to Avoid Judgment Lien** has been served on the following persons and/or entities by placing said copy in the United States Mail, postage prepaid, addressed to them at their usual mailing addresses, or via CM/ECF:

U. S. Trustee
100 West Capitol Street, Suite 706
Jackson, Mississippi 39269
USTPRegion05.AB.ECF@usdoj.gov

Simpson Law Firm, P.A.
John S. Simpson
PO Box 1410
Ridgeland, MS 39151410

Citibank
P.O. BOX 9001037
Louisville, KY 40290

William L. Fava
wfava@favafirm.com, wlf@trustesolutions.net


SO CERTIFIED, this the 22nd day of April 2019.


/s/ Matthew Y. Harris
Matthew Y. Harris